ROBERT E. SCHUMACHER, ESQ. (SBN: 7504)
MEGAN H. HUMMEL, ESQ. (SBN: 12404)
GORDON & REES LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rschumacher@gordonrees.com
mhummel@gordonrees.com

Attorneys For: Defendant
LENNAR RENO, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROB and SHIRLEY MICHALOWSKI, individually; PETER and JACQUELYN ANDADA, individually; JOHN and AMBER CALONICO, individually; LAURIE LOUISE CORDANO, individually; CHRISTOPHER and JENNIFER GEORGE, individually; AMIT JOSHI, individually; DIMITRIOUS and SHANNAH KASSEBAUM, individually; MICHASEL L. and JANET E. KORBANICS, individually; RICHARD and VALERIE KRUEGER, individually; DONG and MIRA LEE, individually; TRACE and RUBY MARTINEZ, individually; KEITH M. MATTHEWS, individually; JUSTIN MENESINI, individually; JEFFREY and MANDY MURPHY, individually; LUIS E. and RACHEL PALACIO, individually; CHRIS and JESSICA PARMELE, individually; ALICIA REED, individually; ANTOINETTE RUFF, individually; ALEX and MARIA E, RUIZ, individually; WILLIAM S. and DONNA L. SABA, individually; ROBERT and CRISTINA SCHWITTERS, individually; JOHN and DEE DEE TISON, individually; EUGENE and MARLEEN WAMBOLT, individually; ROBERT and ELLEN FRIAS-WILCOX, individually; and the same on behalf of themselves and on behalf of others similarly situated, and ROES 1-600, inclusive<br><br>Plaintiffs,<br><br>vs.<br><br>LENNAR RENO, LLC, a Nevada Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>Defendants. | CASE NO.<br><br>**PETITION FOR REMOVAL** |

-1-

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE OF THE FOLLOWING:

Defendant, Lennar Reno, LLC ("Lennar"), by and through its attorneys of record, Robert E. Schumacher Esq., and Megan H. Hummel, Esq., of the law firm of GORDON & REES LLP, hereby seeks removal, pursuant to 28 U.S.C. § 1453 and 1441, of the state court action described below based upon the following factors.

1.      On September 12, 2013, Plaintiffs filed a Construction Defect Class Action Complaint ("Complaint") against Lennar, case number CV13-02018, in the Second Judicial District Court of the State of Nevada, in and for the County of Washoe.  A copy of the Complaint is attached hereto as **Exhibit 1**.  The Complaint was served on Lennar on or about December 20, 2013.

2.      The foregoing matter is a civil class action which may be removed to federal court pursuant to the Class Action Fairness Act ("CAFA"), codified at 28 U.S.C. § 1453, 177, *et seq.* Alternatively, this matter may be removed to federal court pursuant to 28 U.S.C. § 1441(b) as this matter meets the jurisdictional requirements of **both** 28 U.S.C. §1332(a) and 1332(d).

a.      Citizenship of the Parties: There is complete diversity between Plaintiffs and Lennar.  Based on the allegations in the Complaint, Plaintiffs are residents of Washoe County, in the state of Nevada.  Lennar is a Nevada Limited Liability Company whose sole member is Lennar Pacific Properties Management, Inc. ("Lennar Pacific"), a Delaware corporation.

b.      Amount in Controversy:  The amount in controversy between Plaintiffs and Lennar satisfies the jurisdictional minimums listed in 28 U.S.C. § 1332(a).  Plaintiffs' assert four causes of action: (1) Breach of Contract and Breach of Express Warranties; (2) Breach of Implied Warranties-Third Party Beneficiary; (3) Negligence and Negligence Per Se; and (4) Breach of Implied Warranty of Habitability.  Plaintiffs' prayer for relief seeks general and special damages in excess of $10,000.00.  However, based upon the numerosity of the plaintiff class and the extent of Plaintiffs' alleged damages, Lennar reasonably believes that Plaintiffs' alleged damages, exclusive of interest and costs,

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169

exceeds $75,000.00, and will likely exceed five million ($5,000,000.00) dollars.

c. <u>Number of Class Members</u>: There are more than one hundred (100) members in Plaintiffs' proposed class. See Exhibit 1, pg. 3, lns. 22 – 24.

3. Plaintiffs' claims derive from a common nucleus of operative facts. *See* Exhibit 1, pgs. 4: 25 – 5:2.

4. Lennar will file a copy of the Notice of Removal in Nevada state court and serve a copy on Plaintiffs' counsel on January 8, 2014. The Notice of Removal that will be filed in Nevada state court is attached hereto as **Exhibit 2**.

5. Because Plaintiffs are of citizenship diverse from Lennar, and because Plaintiffs allege claims that involve an amount in controversy which, exclusive of interests and costs, will exceed $75,000.00 and will likely exceed $5,000,000.00, this Court has original jurisdiction of the foregoing action pursuant to either CAFA or 28 U.S.C. § 1332(a), and this action may be removed.

6. Copies of all process, pleadings, and orders served on Lennar in this action are collectively attached to hereto as part of Exhibit 1.

DATED this 8th day of January 2014.

GORDON & REES LLP

ROBERT E. SCHUMACHER, ESQ.
NEVADA BAR NO. 7504
MEGAN H. HUMMEL, ESQ.
NEVADA BAR NO. 12404
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Attorneys For: Defendant
LENNAR RENO, LLC

Gordon & Rees LLP
3770 Howard Hughes Parkway Suite 100
Las Vegas, NV 89169

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am over the age of eighteen years, not a party to the within action and am an employee of the law firm GORDON & REES LLP.  On this 8th day of January 2014, I caused to be served a true and correct copy of the foregoing **PETITION FOR REMOVAL** via U.S. First Class Mail, postage prepaid, in Las Vegas, Nevada, addressed as follows:

Duane E. Shinnick, Esq.
Eric Ransavage, Esq.
Emily R. Dow, Esq.
Shinnick, Ryan & Ransavage
6165 Ridgeview Court, Suite B
Reno, NV  89509
Attorneys for Plaintiffs


_____/s/ Marie Ogella_____
An Employee of Gordon & Rees LLP

1085625/17991875v.1

-4-